IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TODD JAMES ANDERSON,<br><br>　　　　　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:11-CR-498 TS<br><br>District Judge Ted Stewart |

　　　　This matter is before the Court on Defendant Todd James Anderson's Motion for Early Termination of Supervised Release. The government has not responded to the Motion, and the time to do so has passed. For the reasons discussed below, the Court will deny the Motion.

　　　　Defendant was charged with Possession of Child Pornography on August 24, 2012. He was sentenced to a term of imprisonment of 87 months, to be followed by 240 months of supervised release.  Defendant began his term of supervision on October 6, 2017. He has completed roughly six and a half years of the twenty years of supervision he was sentenced to serve. In his Motion, Defendant states that he has been compliant with the terms of his supervised release, including completing therapy and maintaining steady employment. He also notes that he has a strong relationship with his wife, mother, and in-laws and would never do anything to put those relationships at risk or put him at risk of losing his son. Therefore, he submits that he is ready to be released from supervision. Consultation with Defendant's supervising officer confirms that Defendant has done well while on supervision.

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Considering these factors, the Court finds that termination of Defendant's supervised release is not appropriate at this time. While the Court commends Defendant on his success and progress, the Court believes that an additional period of supervision will be beneficial.

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 70) is DENIED without prejudice.

DATED this 7th day of May, 2024.

BY THE COURT:

_____
Ted Stewart
United States District Judge